## COLLINS v. STATE.
No. 25741.

Court of Criminal Appeals of Texas.
March 12, 1952.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
March 12, 1952.

———◆———

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The offense is the unlawful sale of intoxicating liquor in a dry area. Upon a plea of guilty, appellant was assessed a fine of $200.

The record is before us without a statement of facts or bills of exception.

All proceedings appearing regular and nothing being presented for review, the judgment of the trial court is affirmed.

Opinion approved by the court.